**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Joint Heirs Fellowship Church; Houston's First Church Of God; and Faith Outreach International Center, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 14-125 |
| Natalia Ashley, In Her Official Capacity As Executive Director Of The Texas Ethics Commission; Hugh C. Akin, In His Official Capacity As A Member Of The Texas Ethics Commission; Tom Harrison, In His Official Capacity As A Member Of The Texas Ethics  Commission; Jim Clancy, In His Official Capacity As A Member Of The Texas Ethics Commission; Paul W. Hobby, In His Official Capacity As A Member Of The Texas Ethics Commission; Bob Long, In His Official Capacity As A Member Of The Texas Ethics Commission; Paula M. Mendoza, In Her Official Capacity As A Member Of The Texas Ethics Commission; Tom Ramsay, In His Official Capacity As A Member Of The Texas Ethics Commission; Chase Untermeyer, In His Official Capacity As A Member Of The Texas Ethics Commission. | § § § § § § § § § § § § § § § § § § § § § | |

Defendants.

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that all of the Plaintiffs in the above cause appeal to the United

States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order

entered September 9, 2014, granting in part Defendants' Motion for Summary Judgment,

denying Plaintiff's Motion for Summary Judgment and Plaintiffs' Motion for Temporary

Restraining Order and Expedited Preliminary Injunctive Relief, and from the resulting

judgment entered September 9, 2014.


Respectfully submitted, this 8th day of October, 2014.


/s/ Jerad W. Najvar
Jerad Wayne Najvar
Najvar Law Firm
State Bar No. 24068079
jerad@najvarlaw.com
4151 Southwest Freeway, Ste. 625
Houston, Texas 77027
Telephone: 281.404.4696
Telecopier: 281.582.4138
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE


I hereby certify that foregoing document was filed this 8th day of October, 2014, using the

Court's CM/ECF system, which will send notification to all counsel of record.


s/ Jerad Najvar
Jerad Najvar